# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN INMAN, | Case No. 1:12-cv-00705-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO MEET AND CONFER AND PROVIDE A JOINT STATEMENT OF UNDISPUTED FACTS |
| v. | |
| KNOWLEDGE LEARNING CORP., et al., | (ECF Nos. 20-23) |
| Defendants. | |

This action was filed in Fresno County Superior Court on March 6, 2012, and on on May 2, 2012, Defendants removed the action to the Eastern District.  On June 24, 2013, Defendants filed a motion for summary judgment, memorandum, declaration, and statement of undisputed facts.  (ECF Nos. 20-23.)

In the scheduling order issued July 19, 2012, the parties were advised that prior to filing a motion for summary judgment they were to meet and confer.  The order requires the moving party to file a joint statement of undisputed facts with the motion for summary judgment.  The moving party is required to certify that the parties have met and conferred as set forth in the order or set forth a statement of good cause for the failure to meet and confer. (Scheduling Order 4:8-25, ECF No. 13.)

The Court has reviewed the moving papers and, although Defendant has certified that the

1  parties have met and conferred prior to bringing the motion for summary judgment, a joint
2  statement of undisputed facts has not been submitted.  The Court also notes that Defendant has
3  submitted a separate statement of 641 undisputed facts.  (ECF No. 23.)  In the notice of motion,
4  Defendant states that most of these facts are disputed by Plaintiff.  (Notice of Motion 4:18-5:2,
5  ECF No. 20.)  Accordingly,

6  IT IS HEREBY ORDERED that the parties shall met and confer as required by the
7  scheduling order and shall file a joint statement of undisputed facts by 4:00 p.m. on Friday,
8  August 9, 2013.  Should the parties fail comply with this order, the hearing date on the motion for
9  summary judgment shall be vacated and a status conference set.

IT IS SO ORDERED.

Dated:   **July 25, 2013**

UNITED STATES MAGISTRATE JUDGE