# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN INMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNOWLEDGE LEARNING<br>CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00705-SAB<br><br>ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND CONTINUING TRIAL DATES<br><br>Fed. R. Civ. P. 56(d) Motion:<br>　　August 26, 2013 at 9:30 a.m.<br><br>Motion for Summary Judgment:<br>　　September 25, 2013 at 9:30 a.m.<br><br>Pretrial Conference:<br>　　November 22, 2013 at 9:30 a.m.<br><br>Jury Trial:<br>　　January 7, 2014 at 8:30 a.m. |

On August 5, 2013, the Court held a telephonic hearing regarding Plaintiff Karen Inman's ("Plaintiff") request to re-open discovery to conduct an additional deposition prior to the Court's ruling on Defendants Knowledge Learning Corporation and Kindercare Learning Centers LLC's ("Defendants") motion for summary judgment. During the hearing, the parties advised the Court that they will be participating in mediation and requested a continuance of the hearing and trial dates in this matter. The Court will grant the requested continuance and modify the hearing and trial dates to accommodate the mediation.

/ / /

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request pursuant to Federal Rule of Civil Procedure 56(d) to defer ruling on Defendants' motion for summary judgment and to re-open discovery shall be heard on **August 26, 2013** at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. The parties shall file simultaneous briefs on the issue on or before **August 23, 2013 at 12:00 p.m. (noon).** Any responses may be argued at the hearing;

2. Plaintiff is authorized to subpoena Erin Cochell for a deposition occurring the week of August 26, 2013 in Portland, Oregon, with the understanding that the deposition will only go forward if authorized by the Court after the August 26, 2013 hearing;

3. The hearing on Defendants' motion for summary judgment, currently scheduled to be heard on August 28, 2013, is CONTINUED and shall be heard on **September 25, 2013** at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. Plaintiff's opposition, if any, shall be filed by **September 11, 2013**. Defendants' reply, if any, shall be filed by **September 18, 2013**.

4. The pretrial conference currently scheduled for October 25, 2013 is CONTINUED and shall take place on **November 22, 2013** at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

5. The jury trial (7-10 day estimate) currently scheduled to begin on December 3, 2013 is CONTINUED and shall commence on **January 7, 2014** at 8:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **August 5, 2013**

UNITED STATES MAGISTRATE JUDGE