# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN INMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNOWLEDGE LEARNING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00705-SAB<br><br>ORDER APPROVING STIPULATION TO CONTINUE DATES<br><br>ECF NO. 29 |

　　　　On August 29, 2013, the parties in this action filed a stipulation requesting that all dates in this matter be continued in light of the parties' progress toward settlement through mediation. (ECF No. 29.)

　　　　In accordance with the parties' stipulation, it is HEREBY ORDERED that:

　　　　1.　　That the hearing on the Plaintiff's 56(d) Motion currently scheduled for August 26, 2013, at 9:30 a.m., be rescheduled for **September 16, 2013** before Magistrate Judge Stanley A. Boone in Courtroom 9.  Simultaneous briefs are due on or before **September 13, 2013, at 12:00 p.m.**  Any responses may be argued at the hearing.

　　　　2.　　Plaintiff is authorized to subpoena Erin Cochell for a deposition occurring the week of September 23, 2013, in Portland, Oregon, with the understanding that the

deposition will only go forward if authorized by the Court after the September 16th hearing.

3. The hearing on defendants' Motion for Summary Judgment, currently set for September 25, 2013 at 9:30 a.m., is scheduled for **October 30, 2013**, before Magistrate Stanley A. Boone in Courtroom 9. Any opposition is due by **October 16, 2013**, with any reply to same due **October 23, 2013**.

4. The Pretrial Conference currently set for November 22, 2013, at 9:30 a.m. is CONTINUED and will now be held on **December 13, 2013 at 9:30 a.m.** before Magistrate Judge Stanley A. Boone in Courtroom 9.

5. The Jury Trial currently set for January 7, 2014, is CONTINUED and will now commence on **February 24, 2014, at 8:30 a.m.** before Magistrate Judge Stanley A. Boone in Courtroom 9 (7-10 day estimate).

IT IS SO ORDERED.

Dated: __**August 23, 2013**__

UNITED STATES MAGISTRATE JUDGE