**SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 NORTH PALM AVENUE, SUITE 210
FRESNO, CALIFORNIA 93711
(559) 494-4910 TELEPHONE
(559) 421-0369 FACSIMILE

Attorney for Plaintiff, KAREN INMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN INMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KNOWLEDGE UNIVERSE LLC, A California limited liability company, KNOWLEDGE LEARNING CORPORATION, a Delaware corporation, KINDERCARE LEARNING CENTERS LLC, a Delaware limited liability company, and Does 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:12-CV-00705-SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, KAREN INMAN, by and through her attorneys of record, and Defendant KNOWLEDGE UNIVERSE LLC, et al., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: October 14, 2013　　　　　　　　BRYANT WHITTEN, LLP


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　AMANDA B. WHITTEN, Attorneys for Plaintiff, KAREN INMAN

1  Dated: October 14, 2013                LITTLER MENDELSON

                                          /s/
                                          _____
                                          BREN K. THOMAS, Attorneys for Defendants,
                                          KNOWLEDGE LEARNING CORPORATION
                                          and KINDERCARE LEARNING CENTERS LLC


**ORDER**

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2)

IT IS SO ORDERED.

Dated:   **October 15, 2013**            _____
                                          UNITED STATES MAGISTRATE JUDGE